# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-20479-CR-MORENO/GOODMAN

UNITED STATES OF AMERICA

v.

DAN Q. LIN a/k/a "Wendy,"

JIU FA CHEN a/k/a "AL-Min," and

AIFA SEAFOOD INC.,

Defendants.

_____/

### ORDER ON DEFENDANT CHEN'S UNOPPOSED MOTION
### TO AMEND PRETRIAL RELEASE TO PERMIT TRAVEL

THIS CAUSE came before the Court upon Defendant Jiu Fa Chen's Unopposed Motion to Amend Pretrial Release to Permit Travel (D.E 7). After having considered the Defendant's papers as well as the fact that the Government does not oppose this request and after careful consideration, the Court having been fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant Chen's Unopposed Motion to Amend Pretrial Release to Permit Travel is granted; and it is further

**ORDERED AND ADJUDGED** that the conditions of pretrial release will be amended to permit the following travel:

> On March 11, 2023, Defendants Chen and Lin will fly commercial airlines from Miami, Florida, to New York City, New York. They will stay at Defendant Chen's mother's home at 41-11 158th Street, Flushing, New York.

On March 12, 2023 Defendants Chen and Lin will drive to Boston, Massachusetts to attend a seafood show. They will return to Defendant Chen's mother's home at 41-11 158th Street, Flushing, New York the same night. Defendants Chen and Lin will remain at Defendant Chen's mother's home until March 16, 2023.

On March 16, 2023, Defendants Chen and Lin will take a commercial flight back to Miami, Florida and return to their home.

On March 18, 2023, Defendants Chen and Lin, together with their two minor children, will drive from Miami to Disney World in Orlando, Florida, where they will stay at the Disney World Hyatt until March 20, 2023.

On March 20, 2023, Defendants Chen and Lin, together with their two minor children, will drive from Orlando to Defendant Chen's mother's home at 41-11 158th Street, Flushing, New York.

Defendants Chen and Lin, together with their two minor children, will remain at Defendant Chen's mother's house in Flushing, New York until March 25, 2023 when they will drive back to their home in Miami, Florida, where they expect to arrive by March 26, 2023.

and it is further

**ORDERED AND ADJUDGED** that all other conditions of Defendant Chen's pretrial release will remain in full force and effect.

**DONE AND ORDERED** in Miami, Dade County, Florida, this _____ day of March, 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record

2